UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                                                     :     **ORDER**
v.                                                                  :
                                                                     :     S1 25 CR 91 (VB)
CARLOS MARTINEZ, et. al.,             :
                               Defendants.   :
--------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25
```

      **Due to a scheduling conflict for the Court, the conference now scheduled for September 11, 2025, at 11:30 a.m. is adjourned to 12:30 p.m. on that same day.**

Dated: July 25, 2025
      White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge