```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
 :
UNITED STATES OF AMERICA,
 :
- v. -        Dkt. No. 25 CR 91 (VLB)
 :
CARLOS MOLINA RODRIGUEZ,        ~~PROPOSED~~ ORDER
 :
Defendant.
------------------------------------------------------x

WHEREAS, the Court and the parties seek to ensure that the Defendant, Carlos Molina Rodriguez, has meaningful access to review discovery and prepare for all stages of the trial while detained at the Metropolitan Detention Center (MDC), Brooklyn, New York; and

WHEREAS, the Court seeks to ensure that such access does not jeopardize the security and operational interests of the MDC;

IT IS HEREBY ORDERED THAT:

1. The Defendant's counsel is authorized to procure with CJA funds, if necessary, a laptop computer and any external hard drives that may be required to provide the Defendant with access to the discovery for purposes of discovery review and preparation for all stages of the trial. A designated vendor shall ensure that the computer's wireless capabilities are disabled (*i.e.*, "air-gapped") in a manner acceptable to the MDC;

2. Counsel for the Defendant (or a designated vendor) shall provide the

computer to the Government, with the computer and external hard drive(s) clearly marked with the Defendant's name;

3. The Government shall save the discovery (subject to the same terms of any existing Protective Order) onto the computer, or alternatively a hard drive(s), to provide the Defendant with access to the discovery;

4. The Government shall confirm that the discovery is viewable on the computer and external hard drive(s) prior to sending them to the MDC;

5. Once the discovery is saved on the computer or hard drive(s), the Government shall send the computer and hard drive(s) to an Officer designated by the MDC to receive the devices. That designated Officer shall keep the computer and charging wire in an office or location acceptable to the MDC.

6. The Defendant is to be allowed to access the computer and the hard drive(s) on a temporary basis and at times approved by MDC personnel. This review will take place in the Defendant's unit or at another location designated by the MDC. The Defendant should be afforded the ability to review the discovery and use the computer for several hours a day to the extent consistent with the rules, regulations and policies of the MDC.

7. After the Defendant is finished using the computer for any given day, the Defendant shall return the computer to the designated Officer to be re-charged.

8. The Defendant will use the computer for the sole purpose of reviewing the discovery and preparing for his trial, and will not share the computer or materials loaded onto the computer with other inmates or any individual not assigned to work on the case.

9. The Defendant shall not access or attempt to access the internet.

10. This Court will revisit this Order and the Defendant's access to the computer if it appears that the Defendant is not abiding by this Order.

11. No later than the conclusion of the proceedings against the Defendant, the MDC shall return the computer to his counsel who will promptly return it to the designated vendor or provide it to the Administrative Office of the U.S. Courts if the computer was purchased with CJA funds.

Dated: White Plains, New York
       September 8, 2025

SO ORDERED:

_____
VINCENT L. BRICCETTI
United States District Judge