USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

v.                                           :

                                             :
CARLOS MOLINA RODRIGUEZ,                      :
SAMUEL BLAIN,                                 :
    a/k/a "Lobo,"                              :
    a/k/a "Snipes,"                            :
    a/k/a "Loboferoz,"                         :
CARLOS MARTINEZ,                              :
    a/k/a "BWay,"                              :
KALIF COX,                                    :
    a/k/a "Leef,"                              :
    a/k/a "LG,"                                :
JUSTICE BEARD,                                :
    a/k/a/ "Just,"                             :
CALVIN LEWIS,                                 :
    a/k/a "Ski," and                          :
EMMANUEL IDYIS,                               :
                 Defendants.   :
-----------------------------------------------------------x

**ORDER**

S2 25 CR 91 (VB)

On October 23, 2025, the government filed notice of intent to seek the death penalty

against defendant, Kalif Cox. (Doc. #103).

In light of the government's decision, all parties shall confer regarding any potential case

management issues and be prepared to discuss such issues at the upcoming conference on

January 6, 2026, at 12:00 p.m. In particular, the parties should be prepared to discuss expected

motion practice as well as a schedule for same.

Dated: December 4, 2025
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge