USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA     :

              :

v.              :

              :

CARLOS MOLINA RODRIGUEZ, et al., :
      Defendants.  :
-------------------------------------------------------x

**ORDER**

S2 25 CR 91 (VB)

At a pretrial conference held today, the Court ordered the following:

1.  With respect to defendant Cox, by **April 1, 2026**, the government and Cox's counsel shall file either (i) a joint letter proposing an agreed upon briefing schedule for motions (including Rule 12 motions, death penalty specific motions, and discovery motions), or (ii) separate letters proposing a briefing schedule and explaining their respective positions.

2.  With respect to defendant Cox, the next pretrial conference is scheduled for **April 8, 2026, at 11:00 a.m.** The other defendants will not appear on that date. However, defense counsel for the other defendants are welcome to attend.

3.  With respect to defendants Molina Rodriguez, Martinez, and Beard:
    a.  Rule 12 motions, if any, are due **April 6, 2026**.
    b.  The government's opposition is due **May 21, 2026**.
    c.  Any replies are due by **July 6, 2026**.

4.  The next pretrial conference and/or hearing on the motions for defendants Molina Rodriguez, Martinez, and Beard is scheduled for **September 9, 2026, at 11:00 a.m.**

5.  For the reasons set forth on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice through September 9, 2026.

Dated: January 6, 2026
   White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge