UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS MOLINA RODRIGUEZ and<br>CARLOS MARTINEZ,<br>Defendants. | **ORDER**<br><br>S9 25 CR 91 (VB) |

Having reviewed the pending pretrial motions, the Court has determined that a hearing pursuant to Franks v. Delaware is not appropriate. Moreover, the Court anticipates resolving the pending motions by bench ruling at the pretrial conference scheduled for November 17, 2026, at 10:00 a.m. The parties should at that time be prepared to discuss the setting of a trial date and all other pretrial scheduling matters.

In addition, at the November 17 conference, the Court will arraign defendants Molina Rodriguez and Martinez on the S9 superseding indictment, and will arraign defendant Martinez on the S10 prior felony information.

The Clerk is instructed to terminate the letter-motion dated July 29, 2026. (Doc. #166).

Dated: November 6, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge